# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| HOWE, THOMAS MICHAEL | § | Case No. 11-52219 |
| HOWE, DONNA LEE | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on     . The undersigned trustee was appointed on             .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                      $

    Funds were disbursed in the following amounts:

    Payments made under an interim disbursement
    Administrative expenses
    Bank service fees
    Other payments to creditors
    Non-estate funds paid to 3rd Parties
    Exemptions paid to the debtor
    Other payments to the debtor

    Leaving a balance on hand of[1]                $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $\_\_\_\_ as interim compensation and now requests a sum of $\_\_\_\_, for a total compensation of $\_\_\_\_[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $\_\_\_\_, and now requests reimbursement for expenses of $\_\_\_\_, for total expenses of $\_\_\_\_[2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____     By:/s/ANDREW J. MAXWELL, TRUSTEE_____
                                                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit A

| Case No: | 11-52219 | JPC | Judge: JACQUELINE P. COX | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | HOWE, THOMAS MICHAEL | | | Date Filed (f) or Converted (c): | 12/31/11 (f) |
| | HOWE, DONNA LEE | | | 341(a) Meeting Date: | 02/15/12 |
| For Period Ending: | 08/07/13 | | | Claims Bar Date: | 10/22/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 41 Dineff Road, Lemont IL 60439 | 300,000.00 | 0.00 | | 0.00 | FA |
| 2. N2618 Central Drive, Lake Geneva WIL 53147 3 lots | 50,000.00 | 0.00 | | 0.00 | FA |
| 3. $100 | 100.00 | 0.00 | | 0.00 | FA |
| 4. Checking Acct. at Inland Bank Acct. #: 132794 | 2,323.00 | 0.00 | | 0.00 | FA |
| 5. 3 Bed Room Set, Dinning Room Set, Kitchen Set 2 Ch | 200.00 | 0.00 | | 0.00 | FA |
| 6. 25 Used books | 10.00 | 0.00 | | 0.00 | FA |
| 7. General Wearing Apparel i.e. pants, shirts, dresse | 100.00 | 0.00 | | 0.00 | FA |
| 8. Wedding Ring, Watch, Earings, | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 9. 50% Membership interst in FAM Investments Group, L | 0.00 | 0.00 | | 0.00 | FA |
| 10. 1991 Chevy Express Van | 500.00 | 0.00 | | 0.00 | FA |
| 11. 2003 Pontiac Boneville | 1,000.00 | 0.00 | | 0.00 | FA |
| 12. 2004 Corvett | 1,000.00 | 0.00 | | 15,000.00 | FA |
| 13. Home Office Equipment | 200.00 | 0.00 | | 0.00 | FA |
| 14. Building contractor's Tools | 500.00 | 0.00 | | 0.00 | FA |
| 15. Harley Davidson motorcycle (u) | 0.00 | 5,000.00 | | 5,000.00 | FA |
| TOTALS (Excluding Unknown Values) | $356,933.00 | $6,000.00 | | $20,000.00 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Funds from car equity received into estate.
READY FOR FR

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| | | |
|---|---|---|
| Case No: | 11-52219   JPC   Judge: JACQUELINE P. COX | Trustee Name:   ANDREW J. MAXWELL, TRUSTEE |
| Case Name: | HOWE, THOMAS MICHAEL | Date Filed (f) or Converted (c):   12/31/11 (f) |
| | HOWE, DONNA LEE | 341(a) Meeting Date:   02/15/12 |
| | | Claims Bar Date:   10/22/12 |

Initial Projected Date of Final Report (TFR): 12/31/14     Current Projected Date of Final Report (TFR): 12/31/14

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1
Exhibit B

| Case No: | 11-52219 -JPC | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | HOWE, THOMAS MICHAEL | Bank Name: | ASSOCIATED BANK |
| | HOWE, DONNA LEE | Account Number / CD #: | *******7951 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******9237 | | |
| For Period Ending: | 08/07/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/14/12 | | Donna Howe | RCPTS - LIQUID. OF PERSONAL PROP. | | 20,000.00 | | 20,000.00 |
| | 12 | DONNA HOWE | Memo Amount: 15,000.00 | 1129-000 | | | |
| | | | RCPTS - LIQUID. OF PERSONAL PROP. | | | | |
| | 15 | DONNA HOWE | Memo Amount: 5,000.00 | 1229-000 | | | |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 5.75 | 19,994.25 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.74 | 19,981.51 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.32 | 19,969.19 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.72 | 19,956.47 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.67 | 19,926.80 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 26.76 | 19,900.04 |
| 03/22/13 | 100001 | INTERNATIONAL SURETIES, LTD. | BOND PAYMENTS | 2300-000 | | 16.60 | 19,883.44 |
| | | ONE SHELL SQUARE | | | | | |
| | | 701 POYDRAS STREET, STE 420 | | | | | |
| | | NEW ORLEANS LA 70139 | | | | | |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.59 | 19,853.85 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.56 | 19,825.29 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.47 | 19,795.82 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.48 | 19,767.34 |

Page Subtotals    20,000.00    232.66

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 11-52219 -JPC | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|
| Case Name: | HOWE, THOMAS MICHAEL | | Bank Name: | ASSOCIATED BANK |
| | HOWE, DONNA LEE | | Account Number / CD #: | *******7951  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******9237 | | | |
| For Period Ending: | 08/07/13 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  | Memo Allocation Receipts: | 20,000.00 | COLUMN TOTALS | | 20,000.00 | 232.66 | 19,767.34 |
|---|---|---|---|---|---|---|---|
|  | Memo Allocation Disbursements: | 0.00 | Less:  Bank Transfers/CD's | | 0.00 | 0.00 | |
|  |  |  | Subtotal | | 20,000.00 | 232.66 | |
|  | Memo Allocation Net: | 20,000.00 | Less:  Payments to Debtors | | | 0.00 | |
|  |  |  | Net | | 20,000.00 | 232.66 | |
|  |  |  |  | | | NET | ACCOUNT |
|  | Total Allocation Receipts: | 20,000.00 | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | DISBURSEMENTS | BALANCE |
|  | Total Allocation Disbursements: | 0.00 | Money Market Account (Interest Earn - *******7951 | | 20,000.00 | 232.66 | 19,767.34 |
|  |  |  |  | | ---------------------- | ---------------------- | ---------------------- |
|  | Total Memo Allocation Net: | 20,000.00 |  | | 20,000.00 | 232.66 | 19,767.34 |
|  |  |  |  | | ============= | ============= | ============= |
|  |  |  |  | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     0.00      0.00

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: August 07, 2013 |
|---|---|---|---|---|---|---|

Case Number: 11-52219　　　　　　　　　　　Claim Class Sequence
Debtor Name: HOWE, THOMAS MICHAEL

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>3120-00 | MAXWELL LAW GROUP, LLC<br>105 WEST ADAMS<br>SUITE 3200<br>CHICAGO, IL 60603 | Administrative | | $8,992.75 | $0.00 | $8,992.75 |
| BOND 999<br>2300-00 | INTERNATIONAL SURETIES, LTD.<br>ONE SHELL SQUARE<br>701 POYDRAS STREET, STE 420<br>NEW ORLEANS LA 70139 | Administrative | | $16.60 | $16.60 | $0.00 |
| 000001 070<br>7100-00 | PYOD, LLC its successors and assigns<br>as assignee<br>of Citibank<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Unsecured | | $2,359.11 | $0.00 | $2,359.11 |
| 000002 070<br>7100-00 | PYOD, LLC its successors and assigns<br>as assignee<br>of Citibank<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Unsecured | | $15,877.93 | $0.00 | $15,877.93 |
| 000003 070<br>7100-00 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $13,268.10 | $0.00 | $13,268.10 |
| 000004 070<br>7100-00 | Midland Funding LLC<br>By its authorized agent Recoser, LLC<br>25 SE 2nd Ave, Suite 1120<br>Miami, FL 33131-1605 | Unsecured | | $2,275.64 | $0.00 | $2,275.64 |
| 000005 070<br>7100-00 | FIA CARD SERVICES, N.A.<br>Bank of America, NA (USA)<br>4161 Piedmont Parkway<br>NC4 105 03 14<br>Greensboro, NC 27410 | Unsecured | | $8,150.20 | $0.00 | $8,150.20 |
| 000006 070<br>7100-00 | State Farm Bank, FSB<br>Attn: Bankruptcy Dept.<br>PO Box 2328<br>Bloomington, IL 61702-2328 | Unsecured | | $5,477.35 | $0.00 | $5,477.35 |
| 000007 070<br>7100-00 | State Farm Bank, FSB<br>Attn: Bankruptcy Dept.<br>PO Box 2328<br>Bloomington, IL 61702-2328 | Unsecured | | $18,418.54 | $0.00 | $18,418.54 |
| 000008 070<br>7100-00 | Capital One, N.A.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $2,895.93 | $0.00 | $2,895.93 |

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 2 | | ANALYSIS OF CLAIMS REGISTER | | | Date: August 07, 2013 |

Case Number:  11-52219  
Debtor Name:  HOWE, THOMAS MICHAEL                              Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000009 070 7100-00 | Capital One, N.A. (Menards) c/o Bass & Associates, P.C. 3936 E. Ft. Lowell Road, Suite #200 Tucson, AZ 85712 | Unsecured | | $10,399.02 | $0.00 | $10,399.02 |
| | Case Totals: | | | $88,131.17 | $16.60 | $88,114.57 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-52219
Case Name: HOWE, THOMAS MICHAEL
        HOWE, DONNA LEE
Trustee Name: ANDREW J. MAXWELL, TRUSTEE

    Balance on hand    $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: ANDREW J. MAXWELL, TRUSTEE | $ | $ | $ |
| Attorney for Trustee Fees: MAXWELL LAW GROUP, LLC | $ | $ | $ |
| Attorney for Trustee Expenses: MAXWELL LAW GROUP, LLC | $ | $ | $ |
| Other: INTERNATIONAL SURETIES, LTD. | $ | $ | $ |

    Total to be paid for chapter 7 administrative expenses    $_____
    Remaining Balance    $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $        must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be        percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | PYOD, LLC its successors and assigns as assignee | $ | $ | $ |
| 000002 | PYOD, LLC its successors and assigns as assignee | $ | $ | $ |
| 000003 | Discover Bank | $ | $ | $ |
| 000004 | Midland Funding LLC | $ | $ | $ |
| 000005 | FIA CARD SERVICES, N.A. | $ | $ | $ |
| 000006 | State Farm Bank, FSB | $ | $ | $ |
| 000007 | State Farm Bank, FSB | $ | $ | $ |
| 000008 | Capital One, N.A. | $ | $ | $ |
| 000009 | Capital One, N.A. (Menards) | $ | $ | $ |

Total to be paid to timely general unsecured creditors          $_____

Remaining Balance          $_____

  Tardily filed claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be       percent.

  Tardily filed general (unsecured) claims are as follows:

NONE

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be       percent.

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE