# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| HOWE, THOMAS MICHAEL | § | Case No. 11-52219 |
| HOWE, DONNA LEE | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ANDREW J. MAXWELL, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                    Assets Exempt:
*(Without deducting any secured claims)*


Total Distributions to Claimants:    Claims Discharged
                                     Without Payment:


Total Expenses of Administration:

3) Total gross receipts of $              (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $                from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter    on             .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/ANDREW J. MAXWELL, TRUSTEE _____
Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| **TOTAL GROSS RECEIPTS** | | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Associated Bank 1395 Main Street Stevens Point, WI 54481 | | | | | |
| | Aurora Bank 10350 Park Meadows Drive Lone Tree, CO 80124 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ANDREW J. MAXWELL | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| MAXWELL LAW GROUP, LLC | | | | | |
| MAXWELL LAW GROUP, LLC | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America P.O. Box 851001 Dallas, TX 75285 | | | | | |
| | Captital One P.O. Box 6492 Carol Stream, IL 60197 | | | | | |
| | Chase Bank P.O. Box 15153 Wilmington, DE 19886 | | | | | |
| | Citi Card P.O. Box 142319 Irving, TX 75014 | | | | | |
| | Discover P.O. Box 6103 Carol Stream, IL 60197 | | | | | |
| | Inland Bank 5456 S. LaGrange Road La Grange, IL 60525 | | | | | |
| | JC Penney P.O. Box 965009 Orlando, FL 32896 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Kohl's P.O. Box 2983 Milwaukee, WI 53201 | | | | | |
| | Menards P.O. Box 17602 Baltimore, MD 21297 | | | | | |
| | Menards P.O. Box 5219 Carol Stream, IL 60197 | | | | | |
| | State Farm Bank P.O. Box 5961 Madison, WI 53705 | | | | | |
| | State Farm Bank P.O. Box 5961 Madison, WI 53705 | | | | | |
| | The Home Depot P.O. Box 182676 Columbus, OH 43218 | | | | | |
| 000008 | CAPITAL ONE, N.A. | | | | | |
| 000009 | CAPITAL ONE, N.A. (MENARDS) | | | | | |
| 000003 | DISCOVER BANK | | | | | |
| 000005 | FIA CARD SERVICES, N.A. | | | | | |
| 000004 | MIDLAND FUNDING LLC | | | | | |
| 000002 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | | | | | |
| 000007 | STATE FARM BANK, FSB | | | | | |
| 000006 | STATE FARM BANK, FSB | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page:    1

Exhibit 8

| | |
|---|---|
| Case No: | 11-52219    JPC    Judge: JACQUELINE P. COX |
| Case Name: | HOWE, THOMAS MICHAEL |
| | HOWE, DONNA LEE |
| For Period Ending: | 12/31/13 |

| | |
|---|---|
| Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Date Filed (f) or Converted (c): | 12/31/11 (f) |
| 341(a) Meeting Date: | 02/15/12 |
| Claims Bar Date: | 10/22/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 41 Dineff Road, Lemont IL 60439 | 300,000.00 | 0.00 | | 0.00 | FA |
| 2. N2618 Central Drive, Lake Geneva WIL 53147 3 lots | 50,000.00 | 0.00 | | 0.00 | FA |
| 3. $100 | 100.00 | 0.00 | | 0.00 | FA |
| 4. Checking Acct. at Inland Bank Acct. #: 132794 | 2,323.00 | 0.00 | | 0.00 | FA |
| 5. 3 Bed Room Set, Dinning Room Set, Kitchen Set 2 Ch | 200.00 | 0.00 | | 0.00 | FA |
| 6. 25 Used books | 10.00 | 0.00 | | 0.00 | FA |
| 7. General Wearing Apparel i.e. pants, shirts, dresse | 100.00 | 0.00 | | 0.00 | FA |
| 8. Wedding Ring, Watch, Earings, | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 9. 50% Membership interst in FAM Investments Group, L | 0.00 | 0.00 | | 0.00 | FA |
| 10. 1991 Chevy Express Van | 500.00 | 0.00 | | 0.00 | FA |
| 11. 2003 Pontiac Boneville | 1,000.00 | 0.00 | | 0.00 | FA |
| 12. 2004 Corvett | 1,000.00 | 0.00 | | 15,000.00 | FA |
| 13. Home Office Equipment | 200.00 | 0.00 | | 0.00 | FA |
| 14. Building contractor's Tools | 500.00 | 0.00 | | 0.00 | FA |
| 15. Harley Davidson motorcycle (u) | 0.00 | 5,000.00 | | 5,000.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $356,933.00 | $6,000.00 | | $20,000.00 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Funds from car equity received into estate.

READY FOR FR

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit 8

| | |
|---|---|
| Case No: | 11-52219    JPC    Judge: JACQUELINE P. COX |
| Case Name: | HOWE, THOMAS MICHAEL |
| | HOWE, DONNA LEE |

| | |
|---|---|
| Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Date Filed (f) or Converted (c): | 12/31/11 (f) |
| 341(a) Meeting Date: | 02/15/12 |
| Claims Bar Date: | 10/22/12 |

Initial Projected Date of Final Report (TFR): 12/31/14    Current Projected Date of Final Report (TFR): 12/31/14

Page: 1

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 11-52219 -JPC |
|---|---|
| Case Name: | HOWE, THOMAS MICHAEL |
| | HOWE, DONNA LEE |
| Taxpayer ID No: | *******9237 |
| For Period Ending: | 12/31/13 |

| Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******7951  Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/14/12 | | Donna Howe | RCPTS - LIQUID. OF PERSONAL PROP. | | 20,000.00 | | 20,000.00 |
| | 12 | DONNA HOWE | Memo Amount: 15,000.00 | 1129-000 | | | |
| | | | RCPTS - LIQUID. OF PERSONAL PROP. | | | | |
| | 15 | DONNA HOWE | Memo Amount: 5,000.00 | 1229-000 | | | |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 5.75 | 19,994.25 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.74 | 19,981.51 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.32 | 19,969.19 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.72 | 19,956.47 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.67 | 19,926.80 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 26.76 | 19,900.04 |
| 03/22/13 | 100001 | INTERNATIONAL SURETIES, LTD. | BOND PAYMENTS | 2300-000 | | 16.60 | 19,883.44 |
| | | ONE SHELL SQUARE | | | | | |
| | | 701 POYDRAS STREET, STE 420 | | | | | |
| | | NEW ORLEANS LA 70139 | | | | | |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.59 | 19,853.85 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.56 | 19,825.29 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.47 | 19,795.82 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.48 | 19,767.34 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.39 | 19,737.95 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.34 | 19,708.61 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.36 | 19,680.25 |
| 10/25/13 | 100002 | ANDREW J. MAXWELL | Chapter 7 Compensation/Fees | 2100-000 | | 2,750.00 | 16,930.25 |
| | | 105 W. Adams | | | | | |
| | | SUITE 3200 | | | | | |
| | | CHICAGO,  ILLINOIS 60603 | | | | | |
| 10/25/13 | 100003 | MAXWELL LAW GROUP, LLC | Final Payment | | | 8,992.75 | 7,937.50 |
| | | 105 WEST ADAMS | (Claim # , Payment %) | | | | |
| | | SUITE 3200 | | | | | |

Page Subtotals  20,000.00  12,062.50

Ver: 17.04c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

FORM 2                                                                                              Page:   2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 11-52219 -JPC | |
| Case Name: | HOWE, THOMAS MICHAEL | |
| | HOWE, DONNA LEE | |
| Taxpayer ID No: | *******9237 | |
| For Period Ending: | 12/31/13 | |

| | |
|---|---|
| Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******7951  Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | CHICAGO, IL 60603 | | | | | |
| | | | Fees             8,942.00 | 3110-000 | | | |
| | | | Expenses         50.75 | 3120-000 | | | |
| 10/25/13 | 100004 | PYOD, LLC its successors and assigns as assignee of Citibank | Final Payment | 7100-000 | | 236.67 | 7,700.83 |
| | | Resurgent Capital Services | (Claim # , Payment %) | | | | |
| | | PO Box 19008 | | | | | |
| | | Greenville, SC 29602 | | | | | |
| 10/25/13 | 100005 | PYOD, LLC its successors and assigns as assignee of Citibank | Final Payment | 7100-000 | | 1,592.87 | 6,107.96 |
| | | Resurgent Capital Services | (Claim # , Payment %) | | | | |
| | | PO Box 19008 | | | | | |
| | | Greenville, SC 29602 | | | | | |
| 10/25/13 | 100006 | Discover Bank | Final Payment | 7100-000 | | 1,331.06 | 4,776.90 |
| | | DB Servicing Corporation | (Claim # , Payment %) | | | | |
| | | PO Box 3025 | | | | | |
| | | New Albany, OH 43054-3025 | | | | | |
| 10/25/13 | 100007 | Midland Funding LLC | Final Payment | 7100-000 | | 228.29 | 4,548.61 |
| | | By its authorized agent Recoser, LLC | (Claim # , Payment %) | | | | |
| | | 25 SE 2nd Ave, Suite 1120 | | | | | |
| | | Miami, FL 33131-1605 | | | | | |
| 10/25/13 | 100008 | FIA CARD SERVICES, N.A. | Final Payment | 7100-000 | | 817.63 | 3,730.98 |
| | | Bank of America, NA (USA) | (Claim # , Payment %) | | | | |
| | | 4161 Piedmont Parkway | | | | | |
| | | NC4 105 03 14 | | | | | |
| | | Greensboro, NC 27410 | | | | | |
| 10/25/13 | 100009 | State Farm Bank, FSB | Final Payment | 7100-000 | | 549.49 | 3,181.49 |
| | | Attn: Bankruptcy Dept. | (Claim # , Payment %) | | | | |
| | | PO Box 2328 | | | | | |
| | | Bloomington, IL 61702-2328 | | | | | |

Page Subtotals                                                    0.00             4,756.01

Ver: 17.04c

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 12)*

FORM 2                                                                                                                    Page:   3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                                          Exhibit 9

| | |
|---|---|
| Case No:          11-52219  -JPC | Trustee Name:        ANDREW J. MAXWELL, TRUSTEE |
| Case Name:     HOWE, THOMAS MICHAEL | Bank Name:           ASSOCIATED BANK |
| HOWE, DONNA LEE | Account Number / CD #:    *******7951  Money Market Account (Interest Earn |
| Taxpayer ID No:  *******9237 | |
| For Period Ending:  12/31/13 | Blanket Bond (per case limit):  $ 5,000,000.00 |
| | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/25/13 | 100010 | State Farm Bank, FSB<br>Attn: Bankruptcy Dept.<br>PO Box 2328<br>Bloomington, IL 61702-2328 | Final Payment<br>(Claim # , Payment %) | 7100-000 | | 1,847.75 | 1,333.74 |
| 10/25/13 | 100011 | Capital One, N.A.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Final Payment<br>(Claim # , Payment %) | 7100-000 | | 290.52 | 1,043.22 |
| 10/25/13 | 100012 | Capital One, N.A. (Menards)<br>c/o Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson, AZ 85712 | Final Payment<br>(Claim # , Payment %) | 7100-000 | | 1,043.22 | 0.00 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 26.60 | -26.60 |
| 11/15/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | 26.60 | | 0.00 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 20,000.00 | COLUMN TOTALS | 20,026.60 | 20,026.60 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| | | Subtotal | 20,026.60 | 20,026.60 | |
| Memo Allocation Net: | 20,000.00 | Less:  Payments to Debtors | | 0.00 | |
| | | Net | 20,026.60 | 20,026.60 | |

| | | | | | |
|---|---|---|---|---|---|
| Total Allocation Receipts: | 20,000.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| Total Allocation Disbursements: | 0.00 | Money Market Account (Interest Earn - *******7951 | 20,026.60 | 20,026.60 | 0.00 |
| | | | ----------------------- | ----------------------- | ----------------------- |
| Total Memo Allocation Net: | 20,000.00 | | 20,026.60 | 20,026.60 | 0.00 |
| | | | ============= | ============= | ============= |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals                              26.60                    3,208.09

Ver: 17.04c

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 13)*

Page:    4

**Exhibit 9**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 11-52219  -JPC |
| Case Name: | HOWE, THOMAS MICHAEL |
| | HOWE, DONNA LEE |
| Taxpayer ID No: | *******9237 |
| For Period Ending: | 12/31/13 |

| | |
|---|---|
| Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******7951  Money Market Account (Interest Earn |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |  |  | Page Subtotals | 0.00 | 0.00 |

Ver: 17.04c